**96–1642.   State v. Bogle.**
Montgomery App. No. 14774.   This cause is pending before the court as a discretionary appeal and a claimed appeal of right.   It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due October 18, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**96–1985.   Herdendorf v. Erie Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–T–854.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.